**Benord Angelo BURRELL,
Plaintiff—Appellant,**

v.

**Warden Roderick R. SOWERS, et al.; Gary D. Maynard, Secretary of D.P.S.C.S.; J. Michael Stouffer, Commissioner of Correction; Keith L. Lyons, Assistant Warden; Dickerson, Lt., Intelligence/Security Officer; Ambrose, Lt., Intelligence Officer; Miller, Case Management Specialist; John Rowley, Warden, North Branch Correctional Institution; James K. Holwager, Ph.D.; Richard Griaham, Assistant Warden; Thomas, Lt.; Mr. Liller, Case Management Supervisor; Mr. Hoffmen, Case Management Specialist; Sirus, Sgt., Defendants—Appellees.**

No. 12–6444.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 13, 2012.

Decided: Aug. 7, 2012.

Benord Angelo Burrell, Appellant Pro Se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benord Angelo Burrell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Burrell v. Sowers,* No. 8:09–cv–01038–PJM (D.Md. Feb. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*